Opinion filed January 6, 2011



## In The

# Eleventh Court of Appeals

_____

### No. 11-10-00093-CV

_____

## DONALD W. CRAWFORD, Appellant

## V.

## JESSE L. DAVIS AND SHIRLEY PEARL, Appellees

**On Appeal from the 349th District Court**

**Anderson County, Texas**

**Trial Court Cause No. 349-6455**

### M E M O R A N D U M   O P I N I O N

Donald W. Crawford sued Jesse L. Davis and Shirley Pearl for providing him sack lunches instead of three meals a day while the George Beto Unit of the Texas Department of Criminal Justice – Institutional Division was in lock down. Thomas sought a total of $50,000 in damages for his alleged mental suffering and anguish. The trial court dismissed his claims because he failed to comply with the requirements of TEX. CIV. PRAC. & REM. CODE ANN. § 14.004 (Vernon 2002) and because his claims were frivolous and without merit. We affirm.

On appeal, Crawford contends that dismissal is not proper for failure to comply with Section 14.004 and because the trial court abused its discretion when it did not grant his motion for rehearing. We disagree.

The requirements of Section 14.004 are mandatory; therefore, dismissal is an appropriate remedy. Crawford failed to state any actionable cause of action in his petition. The trial court did not abuse its discretion. All of Crawford's arguments on appeal have been considered, and each is overruled.

The order of the trial court is affirmed.

PER CURIAM

January 6, 2011

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.